MICHAEL E. KINNEY
Bar No. 77018
Law Office of MICHAEL E. KINNEY
703 Second St.
Fourth Floor
Santa Rosa, CA  95404
(707) 527-4141
Fax (707) 579-9561

Attorney for Plaintiff
MARGARET BUEKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARET BUEKER,

      Plaintiff,

vs.

SHEET METAL WORKERS' NATIONAL PENSION PLAN

      Defendant.
_____/

No. C 04-3876-BZ

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

      In accordance with Local Rule 6-1(a), the parties hereby stipulate to extend, until November 19, 2004, the time within which the Defendant SHEET METAL WORKERS' NATIONAL PENSION PLAN has to answer or otherwise respond to Plaintiff MARGARET BUEKER'S Complaint in the above-captioned action. This stipulated extension will not alter the date of any event or any deadline already fixed by order of this Court.

Dated: October 20, 2004                  LAW OFFICE OF MICHAEL E. KINNEY

                                                             By: _____
                                                                     Michael E. Kinney
                                                                     Attorney for Plaintiff

Dated: October 20, 2004                  /S/
                                                                    Stephen Rosenblatt, Esq.
                                                                   Attorney for Defendant

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | I hereby attest that I have on file all holograph signatures for any signatures indicated |
| 3 | by a "conformed" signature (/S/) within this efiled document. |
| 4 | Dated:  October 26, 2004 |
| | _____ |
| | Michael E. Kinney |

PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is: Kadar & Kinney LLP, 703 Second St., Fourth Floor, Santa Rosa, CA 95404. I am readily familiar with said law firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence is deposited with the U.S. Postal Service the same day.

On October 26, 2004, I served the attached **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** in this action by placing a true copy thereof in an envelope, which on the same date, at said law firm, was sealed and placed for deposit in the U.S. Postal Service, pursuant to said law firm's ordinary business practices for collection and mailing. Each envelope bore the name and address of the person served as follows:

Stephen M. Rosenblatt, Esq.
Sheet Metal Workers'
National Pension Fund
Edward F. Carlough Plaza
601 North Fairfax Street
Suite 500
Alexandria, VA 22314                              Counsel for Defendant

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2004 at Santa Rosa, California.

_____Michael E. Kinney_____        _____